NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYSTEMS APPLICATION & TECHNOLOGIES, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**MADISON RESEARCH CORPORATION,**
*Defendant.*

---

2012-5004

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-280, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the United States' motion to withdraw its previously filed nonconfidential version of its brief and file a replacement for that brief,

IT IS ORDERED THAT:

The motion is granted. The previously filed nonconfidential version of the brief is discarded and United States may file a replacement version of that brief within three days of the date of this order.

FOR THE COURT

FEB 13 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Craig A. Holman, Esq.
    Matthew F. Scarlato, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2012

JAN HORBALY
CLERK